CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

AUG 30 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY

For Clerk's Office Use

| Judge | Rec'd |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Joseph Dillard
Plaintiff full name

2302621
Inmate No.

v.

CIVIL ACTION NO. 7:24-cv-00592

Brady Wilson Sgt, Samuel Turner, corporal Omar Benson
Defendant(s) full name(s)
(Middle River Regional Jail)

*********************************************************************************

A. Current facility and address: Middle River Regional Jail 350 Technology Drive STaunton Virginia 24401

B. Where did this action take place? MRRJ Cell 5101 Block MA5

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes   _____ No

1. If your answer is Yes, indicate the result:

on 8.7.2024 Corporal officer M. Hutchins said the officers been instructed to lock cells down if they are out of compliance and don't need an charge or an hearing to do so

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 8.4.2024 Floor Officer Brady Wilson confined me to my Cell without an charge or an hearing to do so. Which he neglect to penalize other inmates for the same offence

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

And Sgt Samuel Turner and Corporal Omar Benson agreed to him doing so after I let them know what had happened

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

To Be conversated 300,000.00 and the release or demotion of the officers

G. If this case goes to trial do you request a trial by jury?  Yes ✓  No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 8.9.2024        SIGNATURE: Joseph Dillard

VERIFICATION:
I, Joseph Dillard, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8.9.2024        SIGNATURE: Joseph Dillard

Joseph M. Dillard  2302621
Middle River Regional Jail
350 Technology Drive
Staunton, Virginia 24401

THIS PERSON IS AN INMATE IN THE MIDDLE RIVER REGIONAL JAIL.



US POSTAGE PITNEY BOWES
ZIP 24401 $000.97
02 4W
0000377537 AUG 28 2024

THIS PERSON IS AN INMATE IN MIDDLE RIVER REGIONAL JAIL

Clerk,
United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, Virginia 24011-2208



RECEIVED
AUG 30 2024
USDC Clerk's
Mail Room

